| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** | **Presentment Date: December 26, 2023** <br> **Presentment Time: 10:00 a.m.** |

---------------------------------------------------------------X

In re:

    Maureen Mcintosh                              Chapter 13

    Debtor,                                      Case No. 23-22555-cgm

---------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF ORDER APPROVING APPLICATION IN SUPPORT OF ORDER AUTHORIZING RETENTION OF COLDWELL BANKER RELIABLE AS REAL ESTATE BROKER IN CONNECTION WITH THE SALE OF THE REAL PROPERTY LOCATED AT 5 HILLSIDE CLOSE, WHITE PLAINS, NY 10603

**PLEASE TAKE NOTICE** that upon the annexed Application of Maureen Mcintosh (the "Debtor"), by their attorneys, Cushner & Associates, P.C., and the Affidavit in Support by Darnell James of Coldwell Banker Reliable Real Estate for an Order Authorizing retention of Coldwell Banker Reliable as Real Estate Broker in connection with the Sale of the Real Property located at 5 Hillside Close, White Plains, NY 10603 , the undersigned will move before the Honorable Cecelia G. Morris , United States Bankruptcy Judge, for signature on **December 26, 2023 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed electronically with the United States Bankruptcy Court for the Southern District of New York at the Bankruptcy Court's web address www.nysb.uscourts.gov, with a copy delivered directly to the Chambers of Honorable Cecelia G. Morris, and served upon (i) Cushner & Associates, P.C.., 399 Knollwood Road, Suite 205, White Plains, NY 10603, Attn: Todd Cushner, Esq., so as to be received at least (3) days prior to the Presentment Date.

**PLEASE TAKE FURTHER NOTICE**, that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: White Plains, New York
December 7, 2023

                                                              CUSHNER & ASSOCIATES, P.C.
                                                              Attorneys for the Debtor

                                                              By: /s/ Todd S. Cushner
                                                                    Todd S. Cushner, Esq.
                                                                    399 Knollwood Rd., Ste 205
                                                                  White Plains, NY 10603
                                                                  914-600-5502