UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          Chapter 13

    Maureen Mcintosh
                                                Case No. 23-22555-cgm

                        Debtors.
-------------------------------------------------------------x

## AFFIDAVIT IN SUPPORT OF ORDER AUTHORIZING RETENTION OF COLDWELL BANKER RELIABLE AS REAL ESTATE BROKER IN CONNECTION WITH THE SALE OF THE REAL PROPERTY LOCATED AT 5 HILLSIDE CLOSE, WHITE PLAINS, NY 10603

STATE OF NEW YORK      )
                                    ss.:
COUNTY OF WESTCHESTER  )

    I, Darnell James, being duly sworn, deposes and says:

1. Deponent is an authorized agent of 5 Hillside Close, White Plains, NY 10603 (or "Broker") and the agent responsible for marketing and selling the property known 5 Hillside Close, White Plains, NY 10603 (the "Property"). Our office is located at 219B W 116th St, New York, NY 10026.

2. Coldwell Banker Reliable is a licensed real estate broker authorized to operate pursuant to the laws of the State of New York.

3. The services to be rendered by Broker are the procurement of and the negotiations with prospective purchasers of the Property. Broker has an exclusive right to sell the Property commencing upon approval of its retention, and expiring at midnight on May 06, 2024.

4. Services to be rendered by Broker shall be compensated as follows: Broker shall receive as a brokerage commission 4% (four percent) of the gross contract sales price. Broker agrees not to list the Property for less than $799,000.00 without the consent of the owners. Commissions shall be deemed earned and due only upon the closing of the sale of the Property after the approval of the United States Bankruptcy Court for the Southern District of New York.

5. Deponent hereby states to the best of my knowledge, information and belief that the firm of Coldwell Banker Reliable Real Estate and Deponent neither hold nor represent any interest adverse to the Debtors, their creditors or other parties in interest. Broker and Deponent are disinterested parties within the meaning of 11 U.S.C. Section 101(14) of the Bankruptcy Code.

        */s/ Darnell James*
        Darnell James