## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

Maureen McIntosh

Debtor(s)

Case No. 23-22555

Chapter 13

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 12/7/2023, I did cause a copy of the following document(s), described below:

Notice of Motion

Application in Support

Affidavit in Support

Exhibit A

Exhibit B

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Southern District of New York Bankruptcy Court's official court matrix on 12/7/2023.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/7/2023

/s/ Todd S. Cushner
Todd S. Cushner
Bar No. TC9658
Cushner & Associates, P.C.
399 Knollwood Road
Suite 205
White Plains NY 10603-0000
(914)600-5502
todd@cushnerlegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                          Case No. 23-22555

    Maureen McIntosh                      Chapter 13

    Debtor(s)

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 12/7/2023, I did cause a copy of the following document(s), described below:

Notice of Motion

Application in Support

Affidavit in Support

Exhibit A

Exhibit B

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/7/2023

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 12/7/2023, I caused a copy of the Notice of Motion, Application in Support, Affidavit in Support, Exhibit A, Exhibit B and Proposed Order to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| New York City Dept. Of Finance | | | 210 Joralemon Avenue | Attn: Bankruptcy Section | Brooklyn NY 11201-3716 |
| Parking Violations Bureau | | | 210 Joralemon Avenue | | Brooklyn NY 11201-3743 |
| United States Attorney's Office | | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York NY 10007-1825 |
| White Plains Division | | | 300 Quarropas Street | | White Plains NY 10601-4140 |
| ALLY CREDIT CARD/CWS | | | PO BOX 9222 | | OLD BETHPAGE NY 11804-9222 |
| Ally Bank | | | Resurgent Capital Services | PO Box 10368 | Greenville SC 29603-0368 |
| CAPITAL ONE | | | ATTN: BANKRUPTCY | PO BOX 30285 | SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE AUTO FINANCE | | | ATTN: BANKRUPTCY | 7933 PRESTON RD | PLANO TX 75024-2302 |
| CHASE HOME MTG | | | 700 KANSAS LANE | LA4-6633 | MONROE LA 71203-4774 |
| CHASE RECEIVABLES | | | PO BOX 659 | | CALDWELL NJ 07007-0659 |
| CITIZENS BANK | | | PO BOX 42001 | | PROVIDENCE RI 02940-2001 |
| CREDIT ONE BANK | | | ATTN: BANKRUPTCY DEPARTMENT | 6801 CIMARRON RD | LAS VEGAS NV 89113-2273 |
| Capital One N.A. | | | by American InfoSource as agent | PO Box 71083 | Charlotte NC 28272-1083 |
| Cushner & Associates, P.C. | | | 399 Knollwood Road, Suite 205 | | White Plains NY 10603-1916 |
| GENESIS FS CARD SERVICES | | | ATTN: BANKRUPTCY | PO BOX 4477 | BEAVERTON OR 97076-4401 |
| GOLDMAN SACHS BANK USA | | | ATTN: BANKRUPTCY | PO BOX 70379 | PHILADELPHIA PA 19176-0379 |
| JPMORGAN CHASE BANK N A | | | BANKRUPTCY MAIL INTAKE TEAM | 700 KANSAS LANE FLOOR 01 | MONROE LA 71203-4774 |
| JPMorgan Chase Bank, National Association | | | c/o LOGS Legal Group LLP | 175 Mile Crossing Boulevard | Rochester NY 14624-6249 |
| LVNV Funding, LLC | | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| MERCURY/FBT | | | ATTN: BANKRUPTCY | PO BOX 84064 | COLUMBUS GA 31908-4064 |
| N.Y. State Dept. Of Taxation And Finance | | | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany NY 12205-0300 |
| Office of the Sheriff | | | 111 Grove Street | | White Plains NY 10601-2509 |
| Quantum3 Group LLC as agent for | | | Genesis FS Card Services Inc | PO Box 788 | Kirkland WA 98083-0788 |
| Quantum3 Group LLC as agent for | | | Mercury Financial/First Bank & Trust | PO Box 788 | Kirkland WA 98083-0788 |
| UPGRADE INC | | | 2 N CENTRAL AVE | 10TH FLOOR | PHOENIX AZ 85004-2322 |
| United States Trustee | | Office of the United States Trustee - NY | Alexander Hamilton Custom House | One Bowling Green, Room 534 | New York NY 10004-1459 |
| Westchester County Dept. Of Public Safety | | | CIVIL BUREAU | 110 Grove Street, Room L217 | White Plains NY 10601-2519 |
| Maureen McIntosh | | | 5 Hillside Close | | White Plains NY 10603-2810 |
| Thomas C. Frost | | Chapter 13 Standing Trustee | 399 Knollwood Rd | Suite 102 | White Plains NY 10603-1936 |
| Todd S. Cushner | | Cushner & Associates, P.C. | 399 Knollwood Road | Suite 205 | White Plains NY 10603-1916 |